United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 17-15809-amc
Lori Ann Clemmer                                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: SaraR    Page 1 of 1    Date Rcvd: Jul 10, 2020
                      Form ID: 138NEW    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.
```
db              Lori Ann Clemmer,    722 Holly Dr,    Pottstown, PA  19464-3606
13974796        Citi Mortgage,    PO Box 6243,    Sioux Falls, SD  57117-6243
13997827       #CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
14442586       +MIDFIRST BANK,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14443318       +MidFirst Bank,    C/O KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14213451       +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
13974797        Milstead & Associates, LLC,    1 E Stow Rd,    Marlton, NJ  08053-3118
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 11 2020 04:21:18      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2020 04:20:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 11 2020 04:21:09      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13979022       +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Jul 11 2020 04:27:07
                 U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:
```
              JAMES W. ZERILLO    on behalf of Debtor Lori Ann Clemmer jameszerillo@gmail.com,
               G28910@notify.cincompass.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. bankruptcy@powerskirn.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lori Ann Clemmer
       Debtor(s)                                  Bankruptcy No: 17−15809−amc
                                                          Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                  900 Market Street
                                       Suite 400
                                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                         For The Court
                                                              Timothy B. McGrath
                                                                Clerk of Court

Dated: 7/10/20

                                                                                      50 − 48
                                                                            Form 138_new